IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20674-CR-GAYLES

UNITED STATES OF AMERICA

VS.

CARLOS ROBIN GONZALEZ

_____/

**CARLOS GONZALEZ'S UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

Carlos Gonzalez respectfully files this unopposed motion for early termination of supervised release, and in support thereof states as follows:

1. Carlos Gonzalez was sentenced to 36 months imprisonment to be followed by three years of supervised release on October 27, 2020.

2. His sentence was later reduced to one year and a day on December 12, 2023.

3. After several extensions to his surrender date owing to ongoing cooperation, Carlos began serving his sentence on February 5, 2024.

4. Upon his release, Carlos began his 36-month term of supervision on September 13, 2024. Having never violated any term of his supervision, Carlos has been a model probationer ripe for early termination.

5. Neither the prosecutor assigned to the case, nor Carlos' supervising U.S. probation officer oppose the early termination of his remaining term of supervision.

Wherefore, Carlos Gonzalez respectfully requests the entry of an order granting his motion for early termination of supervised release.

Respectfully submitted,

**MARKUS/MOSS PLLC**
40 N.W. Third Street, PH1
Miami, Florida 33128
Tel: (305) 379-6667
markuslaw.com

By:   /s/ David Oscar Markus
      David Oscar Markus
      Florida Bar Number 119318
      dmarkus@markuslaw.com