IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20674-CR-GAYLES

UNITED STATES OF AMERICA

VS.

CARLOS ROBIN GONZALEZ

_____/

**[PROPOSED] ORDER ON CARLOS GONZALEZ'S UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

THIS MATTER is before the Court on Carlos Gonzalez's Unopposed Motion for Early Termination of Supervised Release,

It is ORDERED AND ADJUDGED that the Motion is GRANTED. Carlos Gonzalez's term of supervision is terminated.

DONE AND ORDERED this _____ day of October, 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE